UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**RICARDO MAURICIO LOPEZ-VELAZQUEZ**                    **CASE NO.  6:26-CV-00112 SEC P**

**VERSUS**                                              **JUDGE JAMES D. CAIN, JR.**

**BRIAN ACUNA ET AL**                                   **MAGISTRATE JUDGE LEBLANC**

## ORDER

Before the Court is a "Motion for Default Judgment" (Doc. 7) filed by Petitioner, Ricardo Mauricio Lopez-Velazquez, through counsel.  Petitioner filed a Petition for Writ of Habeas Corpus on January 13, 2026.[1]  On that same day, he also filed a Motion for Order to Show Cause.[2] Subsequently, a summons was issued as to the United States Attorney General; an Affidavit of Service was filed in the record on January 29, 2026, as to Defendants.[3] Respondents, Brian Acuna, Todd Lyons, Kristi Noem, Pamela Bondi and the Executive Office for Immigration Review, through counsel, Numa Vincent Metoyer, II, made an appearance on January 30, 2026.[4] On February 2, 2026, the Magistrate Judge issued a Memorandum Order granting in part and denying in part, Petitioner's Motion for Order to Show Cause.

In that Order, the Magistrate Judge ordered Respondents to answer the Petition withing 21 days, making said Answer due on February 23, 2026. Respondents failed to

---

[1] Doc. 1.
[2] Doc. 2.
[3] Doc. 4.
[4] Doc. 5.

comply with the Court's order to file an Answer, and as of this date, no Answer has been filed. Additionally, Respondents have not requested an extension of time to file the Answer. In that vein, Petitioner has now filed a Motion for Default Judgment (Doc. 7), which is referred to the undersigned.[5] Accordingly,

**IT IS ORDERED** that Respondents file by 5:00 p.m. on March 4, 2026, their Answer, as well as an explanation to this Court as to why they failed to comply with the Magistrate Judge's Memorandum Order.

**IT IS FURTHER ORDERED** that Respondents file a Response to the Motion for Default Judgment (Doc. 7) within 14 days of this Order. Petitioner may file a Reply 7 day thereafter.

**THUS DONE AND SIGNED** in Chambers on this 2nd day of March, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[5] Doc.7.